UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR IMMIGRATION STUDIES,
1629 K Street, NW, Suite 600,
Washington, DC 20006

                        Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
200 Independence Avenue SW
Washington, DC 20201

                        Defendant.

Civil Action No. 24-138

## COMPLAINT

Plaintiff Center for Immigration Studies ("**CIS**" or "**Plaintiff**") brings this action against U.S. Department of Health and Human Services ("**HHS**" or "**Defendant**") to compel compliance with the Freedom of Information Act ("**FOIA**"), 5 U.S.C. § 552. Plaintiff alleges the following grounds:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff CIS is a non-profit, research and educational foundation organized under the laws of the District of Columbia and having its principal place of business at 1629 K Street, NW, Suite 600, Washington, D.C. Plaintiff seeks to educate immigration policymakers, the

academic community, news media, and concerned citizens with reliable information about the social, economic, environmental, security, and fiscal consequences of legal and illegal immigration into the United States. In furtherance of its public interest mission, Plaintiff regularly requests access to the public records of federal agencies, entities, and offices, and disseminates its findings to the public for free.

4. Defendant U.S. Department of Health and Human Services ("**HHS**") is an agency of the U.S. Government headquartered at 200 Independence Avenue, SW, Washington, DC 20201. HHS has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On December 18, 2023, Plaintiff submitted a FOIA request via email to Defendant for the following records ("**FOIA Request**"):

> **All associated contracts, binding agreements, modifications, and their deliverables, progress reports, and liability agreements for the following Award IDs/ID numbers:**
>
> 1) **75ACF122C00004**
> 2) **75ACF121C00023**
> 3) **75ACF121C00027**
> 4) **75ACF121C00062**
> 5) **75P00121F37013**
> 6) **HHSP23337004T**

(**Exhibit 1**.)

6. Within the FOIA Request, Plaintiff requested and justified the need for expedited processing. (**Exhibit 1.**)

7. As of the date of this Complaint, Defendant has still not made such a determination.

## COUNT I
## FAILURE TO MAKE DETERMINATION BY REQUIRED DEADLINE
## (VIOLATION OF FOIA, 5 U.S.C. § 552)

8. Plaintiff realleges paragraphs 1 through 7 as if fully stated herein.

9. Defendant was required to make a determination with respect to Plaintiff's request for expedited processing for its FOIA Request no later than January 3, 2024

10. Defendant failed to make a final determination on Plaintiff's expedited processing requests within the time limits set by FOIA; therefore, Plaintiff is deemed to have exhausted its administrative remedies. *See* 5 U.S.C. §552(a)(6)(E)(ii)(I); 5 U.S.C. §552(a)(6)(E)(iii); and 5 U.S.C. §552(a)(6)(E)(iv).

11. Defendant is in violation of FOIA.

### Requested Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Declare that Defendant's current and continued delay in making determinations with respect to Plaintiff's request for expedited processing is unlawful under FOIA;

b. Grant Plaintiff's request for expedited processing;

c. Order Defendant to process Plaintiff's FOIA Request on an expedited basis;

d. Order Defendant to conduct searches for any and all records responsive to Plaintiff's FOIA Request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA Request;

e. Order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA Request and a *Vaughn* index of any responsive records withheld under any claimed exemption;

f.  Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA Request;

g.  Maintain jurisdiction over this action until Defendant complies with FOIA and all orders of this Court;

h.  Grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

i.  Grant Plaintiff such other relief as the Court deems just and proper.

Dated: January 16, 2024                     Respectfully submitted,

*/s/ Colin M. Farnsworth*
Colin M. Farnsworth
DC Bar # OR0022
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington DC, 20006
Telephone: 202-466-8185 ext. 126
FAX (202) 466-8076
Email: cmf@cis.org